878

No. 91–5150. JONES v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 91–5151. JONES v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 91–5152. HAYWOOD v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–5153. MCHENRY v. AETNA LIFE & CASUALTY INSURANCE CO. C. A. 10th Cir. Certiorari denied.

No. 91–5154. LAWSON v. CONNECTICUT ET AL. C. A. 2d Cir. Certiorari denied.

No. 91–5155. MENDEZ-HERNANDEZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 91–5156. RUSSELL v. MISSISSIPPI. C. A. 5th Cir. Certiorari denied.

No. 91–5157. RICHARDSON v. STALDER, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 91–5158. FELDER v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 91–5159. WARD v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–5160. GAONA-RODRIGUEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–5161. GRIFFIN v. DAVIES, SECRETARY, KANSAS DEPARTMENT OF CORRECTIONS, ET AL. C. A. 10th Cir. Certiorari denied.

No. 91–5162. WADE v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 91–5164. DAWSON v. KEOHANE ET AL. C. A. 3d Cir. Certiorari denied.